# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Rufino Muñiz Rivera, et al
v.
Unites States of America, et al

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 9.15.00   Docket # 30<br>[x] Plffs   [ ] Defts   [ ] Other<br>Title: Motion for leave to amend complaint | Denied without prejudice to renew. On this same date the Court has issued an opinion and order dismissing a number of Plaintiffs' claims and granting Plaintiffs until October 20, 2000, to file an amended complaint in conformance with the holdings of that opinion. |
| Date Filed: 11.2.99   Docket # 29<br>[x] Plffs   [ ] Defts   [ ] Other<br>Title: Motion requesting authorization to proceed with discovery | Denied without prejudice to renew. If Plaintiffs file by October 20, 2000, an amended complaint in conformance with the Court's opinion and order, they may begin to conduct discovery. |

Date 9/25/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

