ENTERED ON DOCKET
9/26/00
PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

RUFINO MUÑIZ RIVERA, et al,
   Plaintiffs,

v.                                                  Civil No. 98-2001 (HL)

UNITED STATES OF AMERICA,
   Defendant.

## PARTIAL JUDGMENT

Pursuant to the Court's opinion and order issued on this same date, partial judgment is hereby entered dismissing without prejudice all Tucker Act claims and all claims against local government entities and officials. Partial judgment is also entered dismissing with prejudice all Federal Tort Claims Act claims against all federal defendants, save the United States of America.

San Juan, Puerto Rico, September 25, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)