UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.19.00   **Docket #** 34<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion in compliance with order | Granted. Defendant shall answer or otherwise plead by November 10, 2000. |

Date 10/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

