# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Rufino Muñiz Rivera, et al
v.
Unites States of America

**CASE NUMBER:** 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**　　　　　**Docket #**<br>[ ] **Plffs**　[ ] **Defts**　[ ] **Other**<br>**Title:** | In an order entered on October 24, 2000, the Court ordered Defendant to answer or otherwise plead by November 10, 2000. *See* docket no. 36. To date, Defendant has done neither. The Court hereby **orders** Defendant to show cause by **December 8, 2000**, why it should not be entered in default. |

Date 11/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge