UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 11.30.00   Docket # 38<br>[ ] Plffs   [x] Defts   [ ] Other<br>Title: Motion regarding order | Granted. Defendant shall file an answer by **December 9, 2000.** |

Date /12/06/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

