UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.11.00    **Docket # 40**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Motion for last extension of time | Granted until **December 28, 2000.** No further extensions shall be granted. |

Date 12/12/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


