UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.13.00   **Docket # 42**<br>[ ] Plffs  [x] **Defts**  [ ] Other<br>**Title:** Motion to dismiss by P.R. Highway Authority and Sergio González | Moot. The Puerto Rico Highway Authority and Sergio González are no longer parties in this case. |

Date 12/14/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


