UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3.20.01   **Docket # 48**<br>[ ] Plffs   [x] Defts   [ ] Other<br>**Title:** Motion for extension of time | Granted in part and denied in part. The Court grants Defendant an extension until **June 5, 2001**, to designate experts and provide Rule 26(a)(2)(B) information.<br>The Court denies Defendant's request to hold a status conference in order to determine how much time Defendant needs to provide this information. |

Date 3/21/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED AND FILED
01 MAR 22 PM 7:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

49