UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7.23.01  **Docket # 51**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time to oppose motion to dismiss | Granted until **August 27, 2001**. No further extensions shall be granted. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7.26.01  **Docket # 52**<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time to answer discovery requests | Granted until **August 27, 2001**. No further extensions shall be granted. |

Date 8/7/01

HECTOR M. LAFFITTE
Chief U.S. District Judge


