UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 8.30.01   Docket # 55<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion for extension of discovery | Granted. The parties shall have until October 31, 2001, to conclude discovery. |
| Date Filed: 8.31.01   Docket # 56<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to join Plaintiff's motion for extension of discovery | Granted. See the above order. |
| Date Filed:   Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | The Court hereby continues the pretrial and settlement conference scheduled for November 1, 2001, and the bench trial scheduled for November 20, 2001.<br>The Court will hold a status conference in this case on November 1, 2001, at 2:00 p.m. The parties should be prepared to discuss the possibility of settling this case and, if settlement is not feasible, new dates for the pretrial conference and bench trial. |

Date 9/4/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

S/C: M. Figueroa, Courtroom Deputy