## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
      v.
Unites States of America

**CASE NUMBER:** 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.23.01  **Docket # 58**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for order to compel discovery | Denied without prejudice to renew. As discussed at the status conference held in this case on this same date, counsel for the parties are hereby **ordered** to meet in the office of Defendant's counsel by **November 16, 2001**, to review all pending discovery matters. If, following this meeting, the parties are unable to resolve all discovery disputes, Plaintiffs may re-submit this motion. |

**November 1, 2001**

HECTOR M. LAFFITTE
Chief U.S. District Judge


