# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   HECTOR M. LAFFITTE

| | |
|---|---|
| COURTROOM DEPUTY: Minerva **FIGUEROA** | DATE: November 6, 2001 |
| COURT REPORTER: **N/A** | CIV NO: 98-2001 (HL) |
| COURT INTERPRETER: **N/A** | |

| | |
|---|---|
| Rufino Muniz-Rivera, et al | Attorneys: Ruth Santiago |
| v. | |
| United States of America, et al | Lisa Bhatia, Esq. |

**Case called for Pretrial and Settlement Conference on November 1, 2001.** The parties discuss the status of this case and the discovery that is pending.

The Court after hearing the parties states that this case will be tried on June 3, 2002 at 9:00 A.M. (Non-Jury Trial) and a final Pretrial Conference will be held on May 7, 2002 at 2:00 P.M.

The Court will issue an order.

Courtroom Deputy Clerk

Parties to be notified.

