UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5.1.02  **Docket #** 65<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time to file pretrial report | Moot. Because the scheduled pretrial conference has been converted to a status conference, no pretrial report is necessary. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.24.02 & 4.2.02<br>**Docket #** 62 & 64<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motions to compel discovery | The Court denies as moot all pending discovery disputes. After the upcoming status conference to discuss how to address the one remaining claim, Plaintiffs may, if appropriate, resubmit any discovery disputes. |

DATE 5-20-02

HECTOR M. LAFFITTE
Chief U.S. District Judge

