# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
v.
Unites States of America

CASE NUMBER: 98-2001 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**<br>**Docket #**<br>[ ] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** | On this same date the Court has issued an opinion and order dismissing most of Plaintiffs' claims. There remains only the claim that the Government failed to take appropriate measures to stop rising flood waters. The Court will hold on **May 30, 2002**, at 3:00 p.m. a status conference to discuss how the parties wish to address this last remaining claim. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5.1.02   **Docket #** 65<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time to file pretrial report | Because the Court has dismissed most of Plaintiffs' claims, a pretrial conference will not be held. The Court also continues the bench trial scheduled for June 3, 2002. After the Court holds a status conference on May 30, 2002, it will, if necessary, set new dates for a pretrial conference and the bench trial. Accordingly, the request for an extension of time is moot. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.24.02 & 4.2.02<br>**Docket #** 62 & 64<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motions to compel discovery | The Court denies as moot all pending discovery disputes. After the upcoming status conference to discuss how to address the one remaining claim, Plaintiffs may, if appropriate, resubmit any discovery disputes. |

DATE 5-20-02

HECTOR M. LAFFITTE
Chief U.S. District Judge

