IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RUFINO MUÑIZ RIVERA, et al.,

    Plaintiffs

    v.                                    CIVIL NO. 98-2001 (HL)

UNITED STATES OF AMERICA

    Defendant

---

## MINUTES OF PROCEEDINGS

A status conference was held today before the undersigned. Plaintiff was represented by attorney Ruth Santiago and defendant by AUSA Lisa E. Bhatia Gautier.

Plaintiffs' counsel informed the Court that the complaint does not intend to raise a claim against the Army Corps of Engineers. Accordingly, the defendant will file a motion to dismiss this remaining claim. Plaintiffs shall not oppose the same, however, reserve the right to appeal the Court's May 20, 2002 Opinion and Order, once judgment is entered.

In San Juan, Puerto Rico this 30th day of May, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge