UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rufino Muñiz Rivera, et al
    v.
U.S.A.

CASE NUMBER: 98-2001 (HL)

**JUDGMENT**

Pursuant to the order entered on this same date and the opinion and order issued May 20, 2002 (docket no. 68), judgment is hereby entered dismissing this case.

DATE 6-11-02

HECTOR M. LAFFITTE
Chief U.S. District Judge


