In The United States District Court
For the District of Puerto Rico

RECEIVED AND FILED
2002 JUL 15 PM 12: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Civil No. 98-2001(HL)

Rufino Muñiz Rivera, et als     *
         Plaintiffs             *
                                *
            Vs.                 *     Notice of Appeal
                                *
United States of America        *     RECEIPT # 128407
         Defendant              *     AMOUNT: $105.00
--------------------------------*
                                      JUL 15 2002
                                      CASHIER SIGNATURE

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment dismissing the case entered in this action on June 11, 2002 and the underlying orders issued May 20, 2002 and June 11, 2002.

In Salinas, Puerto Rico, July 15, 2002

Ruth Santiago
Attorney for Plaintiffs
USDCPR 203401, CA 24921
P.O. Box 518, Salinas, Puerto Rico 00751
Tel. & Fax (787) 824-4368

s/c: Appeals Clerk 7/16/02